PATRICK H. BARCLAY, Also Known as INDEPENDENT ANCHOR, Appellant, v CITIBANK, N.A., Respondent.

Submitted May 2, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent.

Submitted May 2, 2016; decided June 14, 2016

Motion for reconsideration of this Court's February 11, 2016 dismissal order denied [*see* 26 NY3d 1113 (2016)].

Judge GARCIA taking no part.

GREENS AT HALF HOLLOW HOME OWNERS ASSOCIATION, INC., for Itself and on Behalf of the Residents of THE GREENS AT HALF HOLLOW, et al., Appellants-Respondents, v GREENS GOLF CLUB, LLC, et al., Respondents-Appellants.

Submitted April 18, 2016; decided June 14, 2016

Motion by plaintiffs for leave to appeal denied. Cross motion, insofar as defendant Greens at Half Hollow, LLC seeks leave to appeal, dismissed upon the ground that it is not a party aggrieved (*see* CPLR 5511); cross motion for leave to appeal otherwise denied.

GREENS AT HALF HOLLOW HOME OWNERS ASSOCIATION, INC., for Itself and on Behalf of the Residents of THE GREENS AT HALF HOLLOW, et al., Appellants-Respondents, v GREENS GOLF CLUB, LLC, et al., Respondents-Appellants.

Submitted May 9, 2016; decided June 14, 2016

1078

Motion by Town of Huntington for leave to file a brief amicus curiae on the motion by plaintiffs for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JOSELYN S. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LIZZETH E., Appellant.
Submitted May 2, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ILIA KAJO et al., Appellants, v E.W. HOWELL CO., INC., et al., Defendants/Third-Party Plaintiffs-Respondents, et al., Defendant. CUMBERLAND ELECTRIC CORP., Third-Party Defendant-Respondent.
Submitted May 9, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT A. MIAZGA, Appellant, v MICHAEL D. ASSAF et al., Respondents.
Submitted April 18, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.

JONATHAN OCANA, Respondent, v QUASAR REALTY PARTNERS L.P., Appellant.
Submitted April 25, 2016; decided June 14, 2016